

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00535-CV

**IN RE** Andrew L. **WHALEY, MD** and Andrew L. Whaley, MD, PA
d/b/a Orthopaedic and Sports Medicine of San Antonio

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: December 3, 2025

PETITION FOR WRIT OF MANDAMUS DENIED; ALL PENDING MOTIONS DENIED AS MOOT

Relators filed their petition for writ of mandamus and motion for temporary stay on August 21, 2025. The real party in interest filed a response to the motion for temporary stay and the relators have replied. Having considered the arguments of the parties and the filed record, this court has determined that relator is not entitled to the requested relief. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52(a). All pending motions are **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023CI16852, styled *Lilia Zuniga v. Andrew L. Whaley, MD, Andrew L. Whaley, MD, PA (d/b/a Orthopaedic Surgery & Sports Medicine of San Antonio)*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.